## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.:  3:23MJ11 (TOF)** |
| | : | |
| v. | : | |
| | : | |
| **JAMES RHODES** | : | **JANUARY 9, 2023** |

## NOTICE

Undersigned counsel hereby gives notice that a copy of the *Brady* notice, under the Due Process Protections Act of 2020, P.L. 116-182, to be codified as Fed. R. Crim. P.5(f), and ordered by the court on January 6, 2023, Document 2, was emailed to Defendant James Rhodes on January 9, 2023.

                                    THE DEFENDANT
                                    JAMES RHODES


                                  By   /s/ 29237
                                      Cody N. Guarnieri, Esq.
                                      Brown Paindiris & Scott, LLP
                                      100 Pearl Street, 2nd Floor
                                      Hartford, CT 06103
                                      Tel  860.522.3343
                                      Fax 860.522.2490
                                      Fed. Bar Ct29237
                                      cody@bpslawyers.com

## **CERTIFICATION**

This is to certify that on January 9, 2023, a copy of the foregoing Notice was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ 29237
Cody N. Guarnieri, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct29237